# IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

JAMES AULENTI, INDIVIDUALLY, AS TRUSTEE OF THE CALABRO FAMILY TRUST, AND AS TRUSTEE OF THE GLENN L. CALABRO IRREVOCABLE TRUST,

      Appellant,

v.

Case No. 5D22-231
LT Case No. 2021-CP-000542

EILEEN CALABRO, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF GLENN L. CALABRO, AND BRITTANY ROSE CALABRO KEPPELER,

      Appellees.

_____/

Decision filed June 7, 2022

Nonfinal Appeal from the Circuit Court for Seminole County, Donna Goerner, Judge.

Gennifer L. Bridges, Michael W. Smith, and Eric S. Golden, of Burr & Forman, LLP, Orlando, for Appellant.

Meredith Pitts Smith, of Copeland, Covert & Smith, PLLC, Altamonte Springs, for Appellees.

PER CURIAM.

      AFFIRMED.

LAMBERT, C.J., EDWARDS and EISNAUGLE, JJ., concur.